NUMBER 13-01-358-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


McALLEN MEDICAL CENTER, ET AL. , Appellants,


v.


JOE VERA, A REPRESENTATIVE OF THE 

ESTATE OF GLORIA VERA , Appellee.

___________________________________________________________________


On appeal from the 93rd District Court 

of Hidalgo County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

Appellants, McALLEN MEDICAL CENTER, ET AL. , perfected an appeal from a judgment entered by the 93rd District
Court of Hidalgo County, Texas, in cause number C-4083-99-B . Appellants have filed a motion to reverse and remand
without consideration of the merits. In the motion, appellants state that the parties have settled all claims between them. 
Appellants request that this Court reverse the trial court's judgment and remand this cause to the trial court without
consideration of the merits so that judgment pursuant to the settlement may be entered.

The Court, having examined and fully considered the documents on file and the appellants' motion, is of the opinion that
the motion should be granted. Appellants' motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of December, 2001 .